IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-AP-2208**

**MIKE A. QUINTANA,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Unopposed Motion for an Award of Attorney Fees Under the Equal Access to Justice Act, filed June 24, 2005, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of $3,326.40.

Dated at Denver, Colorado, this 27th day of June, 2005.

                                            BY THE COURT:

                                            S/**John L. Kane**
                                            Senior Judge, United States District Court