IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-2208-AP**

**MIKE A. QUINTANA,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

### MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Stop-Payment and Issuance of New EAJA Check (doc. #18), filed September 6, 2005, is **DENIED.**

Dated: September 21, 2005